# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | FILED: JULY 29, 2008 |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al. | Case Number: | 08CV4280 |
| v. | | JUDGE KOCORAS |
| GARY WELCH | | MAGISTRATE JUDGE NOLAN |
| | | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

| NAME (Type or print) |
|---|
| Kristin S. Yoo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s Kristin S. Yoo |
| FIRM |
| Cozen O'Connor |
| STREET ADDRESS |
| 222 South Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER |
| 6279521                                   (312) 382-3100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | | |