AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION            APPEAL | | COURT NAME AND LOCATION<br>**United States District Court**<br>**Northern District of Illinois**<br>**Everett McKinley Dirksen Buildling**<br>**219 South Dearborn St., 20th Floor**<br>**Chicago, IL 60604** |
|---|---|---|
| DOCKET NO.<br>08 cv 4280 | DATE FILED<br>July 29, 2008 | |

| PLAINTIFF<br>**SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | | DEFENDANT<br>**GARY WELCH** |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment      Answer      Cross Bill      Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order      Judgment | WRITTEN OPINION ATTACHED<br>Yes      No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1

# EXHIBIT A

## GARY WELCH

| IP Address: 68.252.213.101 2007-07-06 10:23:33 EDT | CASE ID# 135164079 |
|---|---|
| P2P Network: AresWarez | Total Audio Files: 1917 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Arista Records LLC | Santana | The Game of Love | Shaman | 323-139 |
| BMG Music | Keith Anderson | Podunk | Three Chord Country And American Rock & Roll | 369-354 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| BMG Music | Lou Bega | Mambo Mambo | A Little Bit Of Mambo | 286-646 |
| Warner Bros. Records Inc. | Chicago | 25 or 6 to 4 | Chicago 18 | 71-925 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| SONY BMG MUSIC ENTERTAINMENT | Tanya Tucker | Delta Dawn | Best Of My Love | 141-062 |