IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, et al.**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**Gary Welch**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08CV4280**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS IN A CIVIL CASE; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **13th day of August, 2008, at 5:03 PM**, at the address of **2008 SHERIDAN Road, ZION, Lake** County, **IL 60099**; this declarant served the above described documents upon **GARY WELCH**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **GARY WELCH, NAMED DEFENDANT, A white male approx. 45-55 years of age**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **14th day of August, 2008**.

_Chester Macrowski_ (signature)
**Chester Macrowski**

FOR: **COZEN O'CONNOR**
REF: **WELCHGARY|135164079**

ORIGINAL PROOF OF SERVICE

Tracking #: **5356022** SEA

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 8/13/08

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (PRINT) Chester Macrowski     TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: __2008 Sheridan Rd., Zion, IL 60099__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: __8/13/08__
Dated

Signature of Server

__911 Grand Ave., Waukegan, IL 60085__
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.